

Mrs. G. L. LEFTWICH, Appellant,

v.

Owen COTTRELL, Appellee.

Court of Appeals of Kentucky.

Nov. 1, 1957.

George R. Smith, Lexington, for appellant.

Miller & Griffin by Robin Griffin, Lexington, for appellee.

Thomas D. Theobald, Jr., Grayson, for appellant.

H. R. Wilhoit, Grayson, for appellee.

PER CURIAM.

We have before us a motion for appeal from a judgment on a promissory note in favor of the plaintiff, disallowing a $1,700 counterclaim by the defendant.

Upon examination of the record and the briefs, we are of the opinion the trial court properly denied the defendant relief because the alleged oral contract on which she bases her claim was one of suretyship and was without consideration.

The motion for appeal is denied, and the judgment stands affirmed.

PER CURIAM.

We are affirming the judgment for $500 for the appellee on his counterclaim because we think it was proper to submit the case to the jury on the question of an implied warranty of fitness of a used truck.

The motion for an appeal is overruled, and the judgment is affirmed.